# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

February 2, 2004

## Before

**Hon.** William J. Bauer, Circuit Judge

**Hon.** Frank H. Easterbrook, Circuit Judge

**Hon.** Kenneth F. Ripple, Circuit Judge

**No.** 02-2450

In the matter of:

James E. Hovis and James E. Hovis Trust No. 90,
  *Debtors-Appellants*.

Appeal from the United States District Court for the Northern District of Illinois, Western Division.

No. 01 C 50475
Philip G. Reinhard,
*Judge*.

## Order

The opinion of this court issued on February 2, 2004, is amended as follows:

Page 3, line 8, change "treat" to "treats";

Page 4, line 6, change "it" to "he";

Page 5, line 18, change "liquidated"  to "sold."